```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

HALLMARK CAPITAL GROUP, LLC,   *         CIVIL ACTION
ET AL

VERSUS                         *         NO: 06-1324

6320 HAYNE BLVD., INC.         *         SECTION: "D"(4)
```

## ORDER AND REASONS

Before the court are the following motions:

(1) **"Motion for Summary Judgment" (Doc. No. 48)** filed by Defendant, 6320 Hayne Blvd., Inc., seeking dismissal of Plaintiff's main claims; and

(2) **"Motion for Contempt and Dismissal of Counterclaim" (Doc. No. 35)** filed by Plaintiff and Defendant-in-Counterclaim, Hallmark Capital Group, LLC d/b/a Paul Davis Restoration of Southwest (Hallmark).

The court heard oral argument from counsel in open court on Wednesday, November 7, 2007. After hearing argument, and having considered the memoranda of counsel, the record, and the applicable law, the court ruled as follows:

(1) the court **DENIED** Defendant 6320 Hayne Blvd., Inc.'s

>   **"Motion for Summary Judgment" (Doc. No. 48),** because there are genuine issues of material fact; and
>
> (2) regarding **"Motion for Contempt and Dismissal of Counterclaim" (Doc. No. 35)**, the court found that dismissal of 6320 Hayne Blvd., Inc.'s counterclaim would be too harsh, but the court **SANCTIONED** 6320 Hayne Blvd., Inc. by **ORDERING** 6320 Hayne Blvd., Inc. to pay Hallmark **$750.00 in attorney's fees**, because 6320 Hayne Blvd., Inc. caused Hallmark to incur additional expenses in obtaining documents which the Magistrate Judge previously ordered 6320 Hayne Blvd., Inc. to produce.[1]

The court further **SEVERED** Hallmark's main claims from 6320 Hayne Blvd., Inc.'s counterclaim.  The **Pre-Trial Conference** on Hallmark's main claims remains set on **Wednesday, December 5, 2007 at 3:15 p.m.**, with the non-jury **Trial** to commence the week of **Monday, January 7, 2008.**  At the Pre-Trial Conference on December 5, 2007, the court will choose dates for the Trial and Pre-Trial

---

[1]   On August 3, 2007, the Magistrate Judge granted Hallmark's "Motion to Compel Initial Disclosures and Discovery" and ordered 6320 Hayne Blvd., Inc. to "provide responses no later than fifteen days from the signing of this Order."  (*See* Order, Doc. No. 31, p. 1).

Conference pertaining to the counterclaim.  The Trial date for the counterclaim will be scheduled approximately ninety (90) days from January 7, 2008, the date of the Trial on the main claims.

If Hallmark prevails on its main claims (which will be tried before the court the week of January 7, 2007), the court will consider entry of a Rule 54(b) Judgment in Hallmark's favor.

New Orleans, Louisiana, this **7th** day of **November, 2007.**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　A.J. McNAMARA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE