UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HALLMARK CAPITAL GROUP, LLC,  *      CIVIL ACTION
ET AL

VERSUS                        *      NO: 06-1324

6320 HAYNE BLVD., INC.        *      SECTION: "D"(4)

## ORDER AND REASONS

Before the court is the **"Motion to Alter and/or Amend Judgment, or Alternatively, for a New Trial"** (Doc. No. 85) filed by Defendant, 6320 Hayne Blvd., Inc.  Plaintiff, Hallmark Capital Group (Hallmark), filed a memorandum in opposition.  The motion, set for hearing on Wednesday, July 16, 2008, is before the court on briefs, without oral argument.  Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

Following the Bench Trial on Plaintiff's mains claims against Defendant, the court issued its "Order and Reasons" (Doc. No. 74), finding that Plaintiff was entitled to recover from Defendant the amount of $110,752.10 under the equitable doctrine of unjust enrichment.  Judgment was not issued because Defendant's

counterclaim was still pending and set for Trial on May 27, 2008. However, Defendant's counterclaim has now been settled and dismissed.  (Doc. No. 83).  Judgment was entered on May 30, 2008. (Doc. No. 84).[1]

In the instant motion, Defendant moves the court to reduce the amount of money the court awarded Plaintiff to $40,600.  However, the court finds that Defendant either makes the same arguments that the court has already considered but rejected when the court issued its "Order and Reasons" (Doc. No.74) following the non-jury Trial, or makes new unpersuasive arguments for the reduction it seeks.

Accordingly;

**IT IS ORDERED** that Defendant's **"Motion to Alter and/or Amend Judgment, or Alternatively, for a New Trial"** (Doc. No. 85) be and

---

[1]      Before Judgment was entered, Plaintiff filed a **"Motion to Alter or Amend Judgment"** (Doc. No. 78), which the court treated as a Motion for New Trial.  In that motion, Plaintiff moved the court to increase its recovery to $185,523.03.  Plaintiff argued that: it was entitled to a $38/hour rate of pay for laborers, instead of the $20/per rate used by the court in calculating the award for labor; it was entitled to a $23,000 dumpster charge award, instead of the $8,000 dumpster charge awarded by the court; and it was entitled to $4,703.37 in sales tax and $811.65 in tax, that the court did not award.

The court denied Plaintiff's motion, because the court found that Plaintiff either was making the same arguments that the court had already considered but rejected when the court issued its "Order and Reasons" (Doc. No.74), or was making new unpersuasive arguments for the increase(s) it sought in its motion.  (*See* Order and Reasons, Doc. No. 80).

2

is hereby **DENIED.**

New Orleans, Louisiana, this **16th** day of **July, 2008.**

_____
A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE